IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MATTHEW JONES, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-447-MJT-CLS |
| ORANGE TEXAS POLICE DEPARTMENT, JASPER POLICE DEPARTMENT, and TEXAS HIGHWAY PATROL, | § § § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge and dismissing Plaintiff's claims under 28 U.S.C. §1915(e)(2), it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed with prejudice in their entirety. The clerk of the court is directed to CLOSE this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 17th day of January, 2024.**

Michael J. Truncale
United States District Judge